F:\MMM\PLDG\1693-647A.stip for dismissal of the action.docx

Maureen M. Michail, State Bar No. 185097
DANIELS, FINE, ISRAEL,
SCHONBUCH & LEBOVITS, LLP
1801 CENTURY PARK EAST, NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 556-7900
FACSIMILE (310) 556-2807
MICHAIL@DFIS-LAW.COM

Attorneys for Defendant USAA Savings Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SLOATMAN, III and KATHRYN THYNE,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA SAVINGS BANK, and DOES 1-10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:18-cv-08178-RGK-MAA<br><br>STIPULATION FOR DISMISSAL<br><br>[F.R.C.P. Rule 41(a)(ii)] |

All parties through their respective counsel herein who have appeared in this action hereby stipulate for dismissal with prejudice of the entire above captioned action pursuant to Federal Rule of Civil Procedure, Rule 41(a) since the

///

///

///

///

///

1

parties have reached a settlement of the action in its entirety. Each party to bear its/his/her own attorneys' fees and costs.

Date: June 10, 2019                    DANIELS, FINE, ISRAEL,
                                       SCHONBUCH & LEBOVITS, LLP

                                       /S
                                    By:_____
                                       Maureen M. Michail
                                       Attorneys for Defendant
                                       USAA SAVINGS BANK

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: June 10, 2019                    LAW OFFICE OF TODD M. FRIEDMAN, P.C.

                                       /S
                                    By:_____
                                       Todd M. Friedman, Esq.
                                       Tom E. Wheeler, Esq.
                                       Attorneys for Plaintiffs JOHN SLOATMAN, III
                                       and KATHRYN THYNE

2

STIPULATION FOR DISMISSAL OF THE ACTION

## PROOF OF SERVICE

State of California        )
County of Los Angeles      )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Century Park East, Ninth Floor, Los Angeles, California 90067. On June 10, 2019, I served the within document(s): STIPULATION FOR DISMISSAL by placing a true copy thereof in sealed envelopes as stated on the attached mailing list.

[XX]   **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[XX]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 10, 2019, at Los Angeles, California.

                                                 */S Gwendolyn Crawford*
                                                 Gwendolyn Crawford

**SERVICE LIST**

Todd M. Friedman, Esq.
Tom E. Wheeler, Esq.
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com
twheeler@toddflaw.com
***Attorneys for Plaintiffs John Sloatman, III, and Kathryn Thyne***

1693-647