JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SLOATMAN, III and KATHRYN THYNE,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA SAVINGS BANK, and DOES 1-10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:18-cv-08178-RGK-MAA<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES |

Based on the stipulation of all parties through their respective counsel of record herein, the Court hereby dismisses the above captioned action with prejudice based on the representation to the Court by all parties that the matter has settled in its entirety. Each party to bear its/his/her own attorneys' fees and costs.

Date: June 13, 2019

_____
JUDGE OF THE UNITED STATES DISTRICT COURT